# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 26, 2022

## NO. 03-20-00099-CR

**Justin Edward Panus, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the trial court's order denying postconviction forensic DNA testing. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order denying postconviction forensic DNA testing. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.